■ In the Matter of the McC. CHILDREN. JANINE McC., Appellant; COMMISSIONER OF SOCIAL SERVICES, Respondent. [718 NYS2d 848] —Appeal from orders, Family Court, Bronx County (Myrna Martinez-Perez, J.), entered on or about January 9, 1998, which extended the subject children's foster care placement for 12 months, unanimously dismissed as academic, without costs.

The matter is academic since the appealed order has expired

and subsequent orders extending placement have been entered (*Matter of Rosalie C.*, 254 AD2d 40). Concur—Nardelli, J. P., Williams, Tom, Wallach and Friedman, JJ.